UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  SACV 10-1415-JST (RNBx)                          Date:  October 26, 2011
Title:  Sylvia Ruano v. The Regents of the University of California, et al.

Present: **Honorable JOSEPHINE STATON TUCKER, UNITED STATES DISTRICT JUDGE**

| Ellen Matheson | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANT:

Not Present                                                          Not Present

**PROCEEDINGS:   (IN CHAMBERS)  ORDER TO SHOW CAUSE FOR PLAINTIFF'S FAILURE TO FILE A MEMORANDUM OF CONTENTIONS OF FACT AND LAW**

     On December 7, 2010, the Court issued an Order on Jury Trial that ordered the parties to lodge a Memorandum of Contentions of Fact and Law no later than twenty-one (21) days before the Final Pretrial Conference. (Order on Jury Trial, Doc. 10.) To date, the Court has not received a Memorandum of Contentions of Fact and Law from Plaintiff, Sylvia Ruano.

     Accordingly, the Court orders counsel for Plaintiff to show cause why the Court should not dismiss this matter and/or issue sanctions for the failure to file timely the referenced trial document.  No later than **October 31, 2011**, counsel shall file the document and a separate written response explaining counsel's disregard of the Court's Order on Jury Trial.

Initials of Preparer:  enm